Daniel Alberstone (SBN 105275)
dalberstone@baronbudd.com
Roland Tellis (SBN 186269)
rtellis@baronbudd.com
Mark Pifko (SBN 228412)
mpifko@baronbudd.com
Evan Zucker (SBN 266702)
ezucker@baronbudd.com
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
Telephone: (818) 839-2333
Facsimile: (818) 986-9698

Steve W. Berman (*pro hac vice*)
steve@hbsslaw.com
Thomas E. Loeser (SBN 202724)
toml@hbsslaw.com
Hagens Berman Sobol Shapiro LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Christopher R. Pitoun (SBN 290235)
christopherp@hbsslaw.com
Hagens Berman Sobol Shapiro LLP
301 North Lake Avenue, Suite 920
Pasadena, California 91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152

Attorneys for Plaintiffs
BARBARA WALDRUP, ELIZABETH WILLIAMS, BECKIE REASTER, REBECCA MURPHY individually, and on behalf of those similarly situated

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| BARBARA WALDRUP, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br>vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, a Delaware corporation, et al.,<br><br>Defendants. | Case Number: 2:13-cv-08833-CAS(AGRx)<br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**<br><br>District Court Judge: Christina A. Snyder<br>Magistrate Judge: Alicia G. Rosenberg<br><br>Action Filed: November 27, 2013<br>Trial Date: June 12, 2018 |

| | |
|---|---|
| ELIZABETH WILLIAMS, BECKIE REASTER, REBECCA MURPHY, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, a Delaware corporation, et al.<br><br>Defendants. | Consolidated with<br>Case Number:  2:16-cv-4166 CAS(AGRx) |

Case No.:  2:13-cv-08833-CAS(AGRx)

[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL

The Court, having considered Plaintiffs' Application to File Under Seal Plaintiffs' Reply in Support of Motion for Class Certification, in addition to the declaration submitted to support that application, and good cause appearing therefore, hereby orders that:

Plaintiffs' Application to File Under Seal Plaintiffs' Memo Reply in Support of Motion for Class Certification is GRANTED.  The following unredacted documents shall be filed under seal pursuant to Local Rule 79-5 and the Amended Stipulated Protective Order entered in this case on May 16, 2017 (Dkt. 159):

1. Plaintiffs' Reply in Support of Motion for Class Certification ("Memorandum");
2. Declaration of Mark Pifko re Plaintiffs' Reply in Support of Motion for Class Certification ("Pifko Declaration"); and
3. Exhibits 25 - 37 to the Pifko Declaration.

**IT IS SO ORDERED**

Dated:   November 14, 2017

_____
Hon. Christina A. Snyder
United States District Judge