Daniel Alberstone (SBN 105275)
dalberstone@baronbudd.com
Roland Tellis (SBN 186269)
rtellis@baronbudd.com
Mark Pifko (SBN 228412)
mpifko@baronbudd.com
Evan Zucker (SBN 266702)
ezucker@baronbudd.com
Elizabeth Smiley (SBN 318165)
esmiley@baronbudd.com
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
Telephone:  (818) 839-2333
Facsimile:   (818) 986-9698

Steve W. Berman (*pro hac vice*)
steve@hbsslaw.com
Thomas E. Loeser (SBN 202724)
toml@hbsslaw.com
Hagens Berman Sobol Shapiro LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone:  (206) 623-7292
Facsimile:   (206) 623-0594

Christopher R. Pitoun (SBN 290235)
christopherp@hbsslaw.com
Hagens Berman Sobol Shapiro LLP
301 North Lake Avenue, Suite 920
Pasadena, California 91101
Telephone:  (213) 330-7150
Facsimile:   (213) 330-7152

Attorneys for Plaintiffs
BARBARA WALDRUP, ELIZABETH
WILLIAMS, BECKIE REASTER,
REBECCA MURPHY individually, and
on behalf of the certified classes

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| BARBARA WALDRUP, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br>vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, a Delaware corporation, et al.,<br><br>Defendants. | Case Number: 2:13-cv-08833-CAS(AGR)<br><br>CLASS ACTION<br><br>**JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE HEARING DATES**<br><br>District Court Judge:  Christina A. Snyder<br>Magistrate Judge:  Alicia G. Rosenberg<br><br>Action Filed:       November 27, 2013<br>Trial Date:          January 14, 2020 |

| | |
|---|---|
| ELIZABETH WILLIAMS, BECKIE REASTER, REBECCA MURPHY, individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br> vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, a Delaware corporation, et al.<br><br>    Defendants. | Consolidated with<br>Case Number: 2:16-cv-4166 CAS(AGRx) |

**TO THE COURT AND ALL PARTIES OF RECORD:** Pursuant to Local Rule 16-15.7, the parties to the above-captioned matter jointly submit this Notice of Settlement to advise the Court that the parties have entered into a "Memorandum of Understanding" to settle this case on a classwide basis. The Memorandum contemplates the preparation of a settlement agreement to be negotiated and executed within the next 30 days. Thereafter, Plaintiffs will move for preliminary approval. Accordingly, the parties jointly request that the Court vacate all hearing dates in this matter.

Dated: November 4, 2019    BARON & BUDD, P.C.

              By: /s/ Roland Tellis
                 Roland Tellis

                 Daniel Alberstone
                 Roland Tellis
                 Mark Pifko
                 Evan Zucker
                 Elizabeth Smiley
                 BARON & BUDD, P.C.
                 15910 Ventura Boulevard, Suite 1600
                 Encino, California 91436
                 Telephone: (818) 839-2333
                 Facsimile: (818) 986-9698

Christopher R. Pitoun
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 920
Pasadena, California 91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152

Steve W. Berman
Thomas E. Loeser
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Attorneys for Plaintiffs
BARBARA WALDRUP, ELIZABETH WILLIAMS, BECKIE REASTER, REBECCA MURPHY individually, and on behalf of the certified classes

Dated: November 4, 2019              GOODWIN PROCTER LLP

By: /s/ Thomas M. Hefferon
Thomas M. Hefferon (*pro hac vice*)
*THefferon@goodwinlaw.com*
Brooks R. Brown (SBN 250724)
*BBrown@goodwinlaw.com*
Richard M. Wyner (*pro hac vice*)
*RWyner@goodwinlaw.com*
Keith Levenberg (*pro hac* vice)
*KLevenberg@goodwinlaw.com*
Goodwin Procter LLP
901 New York Ave., N.W.
Washington, D.C. 20001
Tel.: (202) 346-4000
Fax: (202) 346-4444

BRYAN CAVE LLP

Douglas A. Thompson (SBN 155619)
*douglas.thompson@bclplaw.com*
Robert E. Boone III (SBN 132780)
*reboone@bclplaw.com*
Linda C. Hsu (SBN 239880)
*Linda.hsu@bclplaw.com*
Kazim A. Naqvi (SBN 300438)
*Kazim.naqvi@bclp.com*
Bryan Cave Leighton Paisner LLP
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Tel.:  (310) 576-2100
Fax:  (310) 576-2200


WILLIAMS & CONNOLLY LLP

Enu A. Mainigi (*pro hac vice*)
*emainigi@wc.com*
Kenneth C. Smurzynski (*pro hac vice*)
*ksmurzynski@wc.com*
Craig D. Singer (*pro hac vice*)
*csinger@wc.com*
Beth A. Stewart (*pro hac vice*)
*bstewart@wc.com*
Williams & Connolly LLP
725 12th St., N.W.
Washington, D.C. 20005
Tel.: (202) 434-5000
Fax: (202) 434-5029

Attorneys for Defendants

<u>Local Rule 5-4.3.4 Attestation</u>

I attest that counsel for Defendants concurs in this filing's content and has authorized the filing.

        /s/ Roland Tellis
        Roland Tellis