1  THOMAS M. HEFFERON (*pro hac vice*)
   THefferon@goodwinlaw.com
2  BROOKS R. BROWN (SBN 250724)
   BBrown@goodwinlaw.com
3  GOODWIN PROCTER LLP
   901 New York Ave., N.W.
4  Washington, D.C. 20001
   Tel.: (202) 346-4000
5  Fax: (202) 346-4444

6  DOUGLAS A. THOMPSON (SBN 155619)
   douglas.thompson@bclplaw.com
7  BRYAN CAVE LEIGHTON PAISNER LLP
   120 Broadway, Ste. 300
8  Santa Monica, Cal. 90401-2386
   Tel.: (310) 576-2100
9  Fax: (310) 576-2200

10 Attorneys for Defendants

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| BARBARA WALDRUP, individually and on behalf of other members of the public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>Defendants.<br><br>ELIZABETH WILLIAMS, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*<br><br>Defendants. | Case No. 2:13-cv-08833-CAS-AGRx *lead case*<br><br>(Consolidated with Case No. 2:16-cv-04166-CAS-AGRx)<br><br>[PROPOSED] ORDER GRANTING REQUEST OF BROOKS R. BROWN TO APPEAR TELEPHONICALLY AT JULY 13, 2020 COURT APPROVAL HEARING<br><br>Date:   July 13, 2020<br>Time:   10:00 a.m.<br>Dept:   8D (8th Floor)<br>Judge:  Hon. Christina A Snyder<br>        350 W. First Street<br>        Los Angeles, CA 90012 |

1  The Court, having read and considered the *Request of Brooks R. Brown to Appear*
2  *Telephonically at July 13, 2020 Court Approval Hearing,* and for good cause having been
3  shown in light of the ongoing COVID-19 epidemic, HEREBY ORDERS that
4  Mr. Brown's Request is GRANTED.
5  **IT IS SO ORDERED.**

7  Dated: June 24, 2020

HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE