Daniel Alberstone (SBN 105275)
dalberstone@baronbudd.com
Roland Tellis (SBN 186269)
rtellis@baronbudd.com
Mark Pifko (SBN 228412)
mpifko@baronbudd.com
Evan Zucker (SBN 266702)
ezucker@baronbudd.com
Elizabeth Smiley (SBN 318165)
esmiley@baronbudd.com
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
Telephone:  (818) 839-2333
Facsimile:   (818) 986-9698

Steve W. Berman (*pro hac vice*)
steve@hbsslaw.com
Hagens Berman Sobol Shapiro LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone:  (206) 623-7292
Facsimile:   (206) 623-0594

Christopher R. Pitoun (SBN 290235)
christopherp@hbsslaw.com
Hagens Berman Sobol Shapiro LLP
301 North Lake Avenue, Suite 920
Pasadena, California 91101
Telephone:  (213) 330-7150
Facsimile:   (213) 330-7152

Attorneys for Plaintiffs
BARBARA WALDRUP, BECKIE
REASTER, REBECCA MURPHY
individually, and on behalf of the certified
classes

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| BARBARA WALDRUP, individually, and on behalf of other members of the general public similarly situated,<br><br>                    Plaintiff,<br><br>    vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, a Delaware corporation, et al.,<br><br>                    Defendants. | Case Number:  2:13cv08833-CAS(AGRx)<br>CLASS ACTION<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' APPLICATION TO FILE NOTICE OF OPT-OUT LIST UNDER SEAL<br><br>District Judge:  Hon. Christina A. Snyder<br><br>Date:              July 13, 2020<br>Time:             10:00 a.m.<br>Location:        Dept. 8D |

|     |     |
| --- | --- |
| ELIZABETH WILLIAMS, BECKIE REASTER, REBECCA MURPHY, individually, and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br>　　vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, a Delaware corporation, et al.<br><br>　　　　　　　　Defendants. | Consolidated with<br>Case Number: 2:16-cv-4166 CAS(AGRx) |

The Court, having considered Plaintiffs' Application to File the Notice of Opt-Out List Under Seal in addition to the declaration submitted to support that application, and good cause appearing hereby orders that:

Plaintiffs' Application to File the Notice of Opt-Out List Under Seal is GRANTED. The following unredacted documents shall be filed under seal pursuant to Local Rule 79-5 and the Preliminary Approval Order entered in this case on March 30, 2020 (Dkt. 475 in 2:13cv08833 and Dkt. 227 in 2:16cv04166).

Notice of Opt-Out List

**IT IS SO ORDERED.**

Dated:　　July 10, 2020

　　　　　　　　　　　　　　　　　　/s/ Christina A. Snyder
　　　　　　　　　　　　　　　　　Hon. Christina A. Snyder
　　　　　　　　　　　　　　　　　United States District Judge

Case No.:　2:13-cv-08833-CAS(AGRx)
[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL