1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

WESTERN DIVISION

11

| | |
|---|---|
| BARBARA WALDRUP, individually and on behalf of other members of the public similarly situated, | Case No. 2:13-cv-08833-CAS-AGRx *lead case* |
| Plaintiff, | (Consolidated with Case No. 2:16-cv-04166-CAS-AGRx) |
| v. | **ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR DESIGNATION OF QUALIFIED SETTLEMENT FUND IN AID OF ADMINISTRATION OF SETTLEMENT** |
| COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, | |
| Defendants. | |
| ELIZABETH WILLIAMS, *et al.*, | |
| Plaintiff, | Dept:   8D (8th Floor) |
| v. | Judge:   Hon. Christina A Snyder |
| COUNTRYWIDE FINANCIAL CORPORATION, *et al.* | 350 W. First Street Los Angeles, CA 90012 |
| Defendants. | |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER

Upon consideration of Defendants' Unopposed Motion for Designation of Qualified Settlement Fund in Aid of Administration of Settlement ("Motion"), it is HEREBY ORDERED that the Motion is GRANTED. It is FURTHER ORDERED that:

1.    An escrow fund is hereby established, at Defendants' request, to aid in the administration of settlement, which shall be governed by an Escrow Agreement between one of the Defendants (Bank of America, N.A.), the Escrow Agent, and the Settlement Administrator ("Escrow Account"). The Escrow Account shall be subject to review and ultimate control of the Court, consistent with the implementation of the settlement of these actions pursuant to the Settlement Agreement filed herein.

2.    The Court finds that the Escrow Account is to be a "qualified settlement fund" as defined in Section 1.468B–1(c) of the Treasury Regulations in that it satisfies each of the following requirements:

(a)    The Escrow Account is to be established pursuant to an Order of this Court and is subject to the continuing jurisdiction of this Court;

(b)    The Escrow Account is to be established to resolve or satisfy one or more claims that have resulted or may result from an event that has occurred and that has given rise to at least one claim asserting liabilities; and

(c)    The assets of the Escrow Account are to be segregated from other assets of Defendants, the transferor of the payment to the Settlement Funds and controlled by an Escrow Agreement.

3.    The Court approves the form of Escrow Agreement submitted as **Exhibit A** to the Motion ("Escrow Agreement"). The parties to the Escrow Agreement are permitted to make reasonable and appropriate modifications to the form of Escrow Agreement as they may agree upon in the future.

4.      The Court appoints The Huntington National Bank to act as the Escrow Agent, supervised by the Court, referenced in the Escrow Agreement.

5.      The Court appoints Epiq Systems, Inc. to act as the Settlement Administrator referenced in the Escrow Agreement, who is authorized to carry out the duties, supervised by the Court, to direct the actions of the Escrow Agent with respect to the disposition of the funds deposited in the QSF.

**IT IS SO ORDERED.**

Dated: July 16, 2020

HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

-2-